**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LARRY DONNELL BROOKS, ) | Case No. EDCV 12-0425-MMM (MLG) |
|     Petitioner, ) | JUDGMENT |
|     v. ) | |
| F.E FIGUEORA, WARDEN, ) | |
|     Respondent. ) | |

    IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: April 30, 2012

*Margaret M. Morrow*
Margaret M. Morrow
United States District Judge